MELBY, Plaintiff, vs. KINGSBURY BREWERIES COMPANY and others, Appellants: WISCONSIN POWER & LIGHT COMPANY, Respondent.

For the appellants: *Bassuener, Humke & Poole* of Sheboygan.

For the respondent: *Schubring, Ryan, Petersen & Sutherland* of Madison, attorneys, and *George R. Currie* of Sheboygan of counsel.

*By the Court.*—Judgment affirmed.

*June 6, 1939.*

A. F. WAGNER IRON WORKS, Respondent, vs. CONVOY MOTOR FREIGHT, INC., Defendant: ADVANCE TRANSPORTATION COMPANY, Garnishee Defendant and Appellant.

For the appellant: *Lecher, Michael, Whyte & Spohn,* attorneys, and *Herman E. Friedrich* of counsel, all of Milwaukee.

For the respondent: *Tibbs & Tibbs* of Milwaukee.

*By the Court.*—Judgment affirmed.

FRITSCH, Respondent, vs. FRITSCH, Appellant.

For the appellant: *Julius O. Roehl* of Milwaukee.

For the respondent: *Mount & Zander,* attorneys, and *Lorenz & Neubauer* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.